IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMAL SHARIF,<br>(#A-88447)<br>(Fka Donald Nobles)<br><br>         Plaintiff,<br><br>vs<br><br>Dr. Arthur Funk, M.D., et. al.,<br><br>         Defendants. | )<br>)  No.   15c 10795<br>)<br>)<br>)<br>)<br>)  Judge Sara L. Ellis<br>)  Magistrate Judge Jeffrey T. Gilbert<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   All Parties Via Case Management/Electronic Case Filing System

    PLEASE BE ADVISED that on Tuesday, May 15, 2018 at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Sara L. Ellis in Room 1403, or any judge sitting in his stead at the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, and shall then present Plaintiff's **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR PLAINTIFF** a copy of which is attached hereto and served upon you.

/s/ Steven M. Dicker
Dicker and Dicker
300 West Adams Street, Suite 330
Chicago, Illinois  60606
(312) 853-3485

PROOF OF SERVICE

    I, Steven M. Dicker, being first duly sworn on oath, depose and state that I served the foregoing Notice with attachment to whom said Notice is addressed via the Case Management/Electronic Case Filing System.

/s/ Steven M. Dicker
Dicker and Dicker
300 West Adams Street, Suite 330
Chicago, Illinois  60606
(312) 853-3485